[Cite as *1/30/2004 Case Announcements,* 2004-Ohio-363.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 30, 2004*

### MOTION AND PROCEDURAL RULINGS

**2002–2130.   State v. McKnight.**

Vinton C.P. No. 01CR7230. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Vinton County. On January 26, 2004, appellee filed a motion to strike appellant's merit brief. Whereas, appellee's motion contains portions of appellee's brief, which was not timely filed,

IT IS ORDERED by the court, sua sponte, that the state of Ohio's motion to strike appellant's merit brief be, and hereby is, stricken.